**Eric Emanuel TAYLOR,
Plaintiff-Appellant,**

v.

**Barack Hussein OBAMA, The President of the United States of America; John G. Roberts, Jr.; Anthony M. Kennedy; Antonin Scalia; Clarence Thomas; Elena Kagan; Samuel A. Alito Jr.; Sonia Sotomayor; Stephen G. Breyer; The Supreme Court of the United States of America, Defendants-Appellees.**

---

No. 12–2110.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 13, 2012.

Decided: Nov. 15, 2012.

Eric Emanuel Taylor, Appellant Pro Se.

Before NIEMEYER, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Emanuel Taylor seeks to appeal the district court's order dismissing without prejudice for failure to state a claim his amended complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Taylor does not challenge in his informal brief the basis for the district court's disposition, he has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*